IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BORIES,

    Plaintiff,

v.

VISA, INC., VISA, INC., AND COMPANY AFFILIATES WELFARE BENEFITS AND CAFETERIA PLAN, and METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

No. C 14-05121 WHA

**ORDER DENYING STIPULATION TO CONTINUE DEADLINES**

    In this ERISA action, defendants' motion for summary judgment is due by May 7, but the parties have a mediation scheduled for May 13. The parties thus ask to continue the summary judgment briefing deadlines by one month (Dkt. No. 25). At this time, no good cause has been shown for the proposed one-month extension. Accordingly, the parties' stipulation is **DENIED**. All existing deadlines remain in place.

    **IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE