IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL BORIES,<br><br>    Plaintiff,<br><br>  v.<br><br>VISA, INC., VISA, INC., AND COMPANY AFFILIATES WELFARE BENEFITS AND CAFETERIA PLAN, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | No. C 14-05121 WHA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The parties have filed a stipulation of dismissal, stating that "[e]ach party shall bear its own fees and costs." The stipulation is **GRANTED**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE